454 A.2d 168

Eternal Truth Church, Appellant v. Charter Oak Insurance Co.

 Ar-

gued June 16, 1982. John Richard Orie, Jr., for appellant; Daniel B. Winters, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order of lower court affirmed.